CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

FILED
AUG 21 2018
ARTHUR JOHNSTON
BY_____ DEPUTY

CITY: _____
COUNTY: ___Hinds___

**RELATED CASE INFORMATION:**
SUPERSEDING INDICTMENT _____ DOCKET # 3:18-cr-165-CWR-FKB
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES _x_ NO

MATTER TO BE SEALED: ___ YES _x_ NO

NAME/ALIAS: Jessie Bullock a/k/a Booman Bullock

**U.S. ATTORNEY INFORMATION:**

AUSA Kimberly T. Purdie    BAR # 104168

INTERPRETER: _x_ NO ___ YES   LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**   ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ___ PETTY   ___ MISDEMEANOR   _1_ FELONY

| (CLERK'S OFFICE USE ONLY) | INDEX KEY/CODE | DESCRIPTION OF OFFENSE CHARGED | COUNT(S) |
|---|---|---|---|
| Set 1   18:922G.F | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 8/21/18   SIGNATURE OF AUSA: Kimberly Purdie

(Revised 2/26/10)