PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 3:18-cr-165-CWR-FKB

JESSIE BULLOCK
a/k/a Booman Bullock
(wherever found)

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 21st day of August, 2018.

This the 21st day of August, 2018.

>D. MICHAEL HURST, JR.
>United States Attorney
>
>By: *Kimberly Purdie*
>KIMBERLY T. PURDIE
>Assistant United States Attorney
>MSB #104168

Warrant issued:_____

KTP/ATF