CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 22 2019
ARTHUR JOHNSTON
BY _____ DEPUTY

CITY: _____
COUNTY: __Hinds__

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT __X__  DOCKET # 3:18cr165CWRFK
SAME DEFENDANT __X__  NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES  _x_ NO

MATTER TO BE SEALED: ___ YES  _x_ NO

NAME/ALIAS: Jessie Bullock a/k/a Booman Bullock

**U.S. ATTORNEY INFORMATION:**

AUSA  Kimberly T. Purdie    BAR #  104168

INTERPRETER:  _x_ NO  ___ YES  LIST LANGUAGE AND/OR DIALECT: _____

**LOCATION STATUS:**  ARREST DATE _____

___ ALREADY IN FEDERAL CUSTODY AS OF _____
___ ALREADY IN STATE CUSTODY
___ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __1__   ___ PETTY   ___ MISDEMEANOR   __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:922G.F | 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |

Date: 10/15/19    SIGNATURE OF AUSA: Kimberly Purdie

(Revised 2/26/10)