PRAECIPE FOR WARRANT



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.

JESSIE BULLOCK
a/k/a Booman Bullock
(wherever found)

**SUPERSEDING INDICTMENT**
CRIMINAL NO. 3:18cr165CWR-FKB

The Clerk of this Court will issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled cause on the 22nd day of October, 2019.

This the 22nd day of October, 2019.

D. MICHAEL HURST, JR.
United States Attorney

By: *Kimberly Purdie*
KIMBERLY T. PURDIE
Assistant United States Attorney
MSB #104168

Warrant issued:_____

KTP/ATF