IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO.: 3:18-cr-00165-CWR-FKB

JESSIE BULLOCK
a/k/a Booman Bullock

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

J. WESLEY WEBB, Assistant United States Attorney
501 East Court Street, Suite 4.430, Jackson, Mississippi 39201
James.Webb2@usdoj.gov
Telephone No.: 601.965.4480
Facsimile No.: 601.965.4409
Mississippi Bar No.: 104495

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel.

Dated: January 23, 2020  Respectfully submitted,

D. MICHAEL HURST, JR.
UNITED STATES ATTORNEY

By:  */s/ J. Wesley Webb*
J. WESLEY WEBB
ASSISTANT UNITED STATES ATTORNEY
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone No.: 601.965.4480
Facsimile No.: 601.965.4409
Mississippi Bar No.: 104495

CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2020, I electronically filed the foregoing with the Clerk of the Court using the ECF system to all ECF participant(s) of this record.

Dated:  January 23, 2020

/s/ J. Wesley Webb
J. WESLEY WEBB
ASSISTANT UNITED STATES ATTORNEY