IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                       CRIMINAL NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

## ENTRY OF APPEARANCE

COMES NOW, Michael L. Scott, Assistant Federal Public Defender, and enters his

appearance as lead counsel for Jessie Bullock.

This the 30th day of March, 2020.

Respectfully submitted,

*/s/ Michael L. Scott*
Michael L. Scott, MB#101320
Assistant Federal Public Defender
200 South Lamar St., Suite 200-N
Jackson, MS 39201
Telephone: 601-948-4284
Facsimile: 601-948-5510
Email: mike_scott@fd.org

## CERTIFICATE OF SERVICE

I, Michael L. Scott, hereby certify that on this day I electronically filed the foregoing

with the Clerk of the Court using ECF system which sent notification of such filing to all

attorneys of record.

This the 30th day of March, 2020.

*/s/Michael L. Scott*
Assistant Federal Public Defender