IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18CR165CWR-FKB

JESSIE BULLOCK

## WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), Jessie Bullock, the defendant in the above styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to all counts contained in the superseding indictment. The Defendant further affirms that he has received a copy of the superseding indictment and has discussed the charges contained in the indictment with his attorney.

Signed this the 2nd day of April, 2020.

_____      _____
JESSIE BULLOCK                                       MICHAEL L. SCOTT
Defendant                                                  Attorney for the Defendant


Accepted by the Court this the 2nd day of April, 2020.

_____
United States Magistrate Judge



## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                                          **CRIMINAL NO. 3:18CR165CWR-FKB**

**JESSIE BULLOCK**

### WAIVER OF APPEARANCE AND ENTRY OF NOT GUILTY PLEA

Pursuant to Fed. R. Crim. P. 10(b), Jessie Bullock, the defendant in the above styled and numbered cause, hereby waives appearance at arraignment and enters a plea of not guilty to all counts contained in the superseding indictment. The Defendant further affirms that he has received a copy of the superseding indictment and has discussed the charges contained in the indictment with his attorney.

Signed this the 2nd day of April, 2020.

_/s/ Jessie Bullock_
JESSIE BULLOCK
Defendant

_____
MICHAEL L. SCOTT
Attorney for the Defendant


Accepted by the Court this the ___ day of _____, 2020.


_____
United States Magistrate Judge