AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 13 2020
ARTHUR JOHNSTON
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br>Jessie Bullock<br>a/k/a Booman Bullock<br>(Wherever Found)<br><br>*Defendant* | Case No. 3:18cr165CWR-FKB |

RECU USMS 048 24OCT'19

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Jessie Bullock, a/k/a Booman Bullock                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☑ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint
☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:

Felon in Possession of a Firearm

Date: 10/22/2019

City and state:   Jackson, MS

ARTHUR JOHNSTON, CLERK

*M Beard* (signature)
*Issuing officer's signature*

M. Beard, Deputy Clerk
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 10/24/19 , and the person was arrested on *(date)* 3/26/2-
at *(city and state)* JACKSON, MS .

Date: 3/26/20

*(signature)*
*Arresting officer's signature*

SENSON J. DAVIS
*Printed name and title*