UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



UNITED STATES OF AMERICA

V.                                                    CRIMINAL NO. 3:18-cr-165-CWR-FKB

JESSIE BULLOCK

## CONSENT TO PROCEED BY VIDEOCONFERENCE

I understand that Rule 32.1 of the Federal Rules of Criminal Procedure requires me to be present for my detention hearing in the above-referenced matter. As of the filing of this document, the World Health Organization, along with the Centers for Disease Control and Prevention, have declared a global pandemic related to the spread of the COVID-19 virus, commonly known as the "coronavirus," and the President of the United States has declared a National Emergency relating to the pandemic. This pandemic has resulted in the disruption of normal business and government activities throughout the world and in Mississippi.

I hereby waive my right to appear in person, and consent to proceed with my detention hearing via videoconference. I acknowledge that during the hearing, all communications with the court, including the presentation of documents, will be conducted by video. Except as otherwise provided, I will be in a different physical location than the presiding judge, counsel, or other parties to the hearing.

I affirm that I am consenting to a videoconference knowingly, freely, and voluntarily, and not because of force, threat, or coercion. I have neither been offered nor promised anything in exchange for my request. It is my intent that these proceedings be considered valid and as if I had been physically present in court.

I hereby confirm that I have discussed with my attorney my right to be present in person, and I am knowingly and voluntarily electing to proceed with the hearing via videoconference.

Date:   April 2, 2020

JESSIE BULLOCK
*Defendant*

s/Michael L. Scott
MICHAEL L. SCOTT
*Attorney for Defendant*

F. KEITH BALL
*U.S. Magistrate Judge*