IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 3:18-CR-00165-CWR-LRA

JESSIE BULLOCK

## NOTICE OF SUBSTITUTION OF COUNSEL

    D. Michael Hurst, Jr., United States Attorney for the Southern District of Mississippi, through his Assistant, hereby submits this Notice of Substitution of Counsel.

    The above-styled criminal action has been re-assigned within the office of the United States Attorney from J. Wesley Webb to Christopher L. Wansley, Assistant United States Attorney, 501 East Court Street, Suite 4.430, telephone number (601) 965-4480. Henceforth, AUSA Christopher L. Wansley should be listed as lead counsel for the United States and all ECF transmissions should be directed to AUSA Christopher L. Wansley and AUSA J. Wesley Webb should be removed from all ECF transmissions.

Respectfully submitted,

D. MICHAEL HURST, JR.
United States Attorney

By:     s/Christopher L. Wansley
ASSISTANT UNITED STATES ATTORNEY
501 East Court Street, Suite 4.430
Jackson, Mississippi 39201
Telephone No.: 601.965.4480
MS Bar Number 101097

# **CERTIFICATE OF SERVICE**

I, Christopher L. Wansley, hereby certify that on November 6, 2020, I electronically filed the foregoing with the Clerk of the Court using ECF system notification of the "Substitution of Counsel" will be electronically forwarded to all counsel of record.

On this, the 6th day of November, 2020.

                                          D. MICHAEL HURST, JR.
                                          United States Attorney

                           By: *s/Christopher L. Wansley*
                               ASSISTANT UNITED STATES ATTORNEY