IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                             CRIMINAL NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Jessie Bullock, and respectfully moves this court to continue the trial scheduled for March 1, 2021, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The defendant, Jessie Bullock, is charged with violating 18 U.S.C. § 922(g)(1), Felon in a Possession of a Firearm.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Jessie Bullock, on this indictment at his arraignment on March 27, 2020. The defendant was released on bond after his detention hearing on April 2, 2020. The Defendant has abided by all pretrial release conditions since his release.

3.

The defendant, Jessie Bullock, requests that the trial date scheduled for March 1, 2021, be continued on the grounds that needs additional time to safely review discovery materials with the Defendant, investigate the alleged charge and reach an appropriate resolution in this matter. The ongoing COVID-19 pandemic has made it unsafe to meet with the defendant to review discovery materials adequately with him.

4.

The Assistant United States Attorney, Christopher Wansley**,** Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 8th day of February, 2021.

JESSIE BULLOCK, DEFENDANT

By:  /s/Michael L. Scott
 Michael L. Scott, MB# 101320
 Assistant Federal Public Defender
 Northern and Southern Districts of Mississippi
 200 South Lamar Street, Suite 200-N
 Jackson, MS 39201
 Telephone:  (601) 948-4284
 Facsimile:  (601) 948-5510
 Email: mike_scott@fd.org

 *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 8th day of February, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

    /s/Michael L. Scott
Michael L. Scott
*Assistant Federal Public Defender*