IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Jessie Bullock, and respectfully moves this court to continue the trial scheduled for May 3, 2021, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The defendant, Jessie Bullock, is charged with violating 18 U.S.C. § 922(g)(1), Felon in a Possession of a Firearm.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Jessie Bullock, on this indictment at his arraignment on March 27, 2020.

3.

The defendant, Jessie Bullock, requests that the trial date scheduled for May 3, 2021, be continued on the grounds that needs additional time to safely review discovery materials with the Defendant, investigate the alleged charge and reach an appropriate resolution in this matter.

4.

The Assistant United States Attorney, Christopher Wansley, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 9th day of April, 2021.

                JESSIE BULLOCK, DEFENDANT

By:    */s/Michael L. Scott*
        Michael L. Scott, MB# 101320
        Assistant Federal Public Defender
        Northern and Southern Districts of Mississippi
        200 South Lamar Street, Suite 200-N
        Jackson, MS 39201
        Telephone:  (601) 948-4284
        Facsimile:  (601) 948-5510
        Email: mike_scott@fd.org

*Attorney for Defendant*

## CERTIFICATE OF SERVICE

      I, Michael L. Scott, do hereby certify that on the 9th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

                                                                            /s/Michael L. Scott
                                                                            Michael L. Scott
                                                                            *Assistant Federal Public Defender*