IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:18-cr-00165-CWR-FKB

JESSE BULLOCK
a/k/a Booman Bullock

## NOTICE OF SUBSTITUTION OF COUNSEL

Darren J. LaMarca, Acting United States Attorney for the Southern District of Mississippi, through his Assistant, hereby submits this Notice of Substitution of Counsel.

The above-styled criminal action has been re-assigned within the office of the United States Attorney from Christopher L. Wansley to J. E. Baxter Kruger, Assistant United States Attorney, 501 East Court Street, Suite 4.430, telephone number (601) 965-4480. Henceforth, AUSA J. E. Baxter Kruger, should be listed as lead counsel for the United States and all ECF transmissions should be directed to AUSA J. E. Baxter Kruger and AUSA Christopher L. Wansley should be removed from all ECF transmissions.

Respectfully submitted,

DARREN J. LAMARCA
Acting United States Attorney

 s/J. E. Baxter Kruger
J. E. BAXTER KRUGER
501 East Court Street, Suite 4.430
Jackson, MS 39201
Telephone: (601) 965-4480
Fax: (601) 965-4409
MS Bar No.:   105056
Email:   Baxter.Kruger@usdoj.gov

# **CERTIFICATE OF SERVICE**

I, J. E. Baxter Kruger, hereby certify that on October 7, 2021, I electronically filed the foregoing with the Clerk of the Court using ECF system notification of the "Substitution of Counsel" will be electronically forwarded to all counsel of record.

    On this, the 7th day of October 2021.

                                              DARREN J. LAMARCA
                                              Acting United States Attorney

                                              *s/J. E. Baxter Kruger*
                                              J.E. BAXTER KRUGER
                                              Assistant U.S. Attorney