IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                              CRIMINAL NO. 3:18-cr-00165-CWR-FKB

JESSIE BULLOCK
a/k/a Booman Bullock

## NOTICE OF SUBSTITUTION OF COUNSEL

Darren J. LaMarca, United States Attorney for the Southern District of Mississippi, through his Assistant, hereby submits this Notice of Substitution of Counsel.

The above-styled criminal action has been re-assigned within the office of the United States Attorney from James Edward Baxter Kruger to Jessica S. Terrill, Assistant United States Attorney, 501 E. Court, St., Suite 4.430, Jackson, MS 39201, telephone number 601-965-4480, fax number 601-965-4409, Mississippi Bar No. 105510, e-mail jessica.terrill@usdoj.gov.  Henceforth, AUSA Jessica S. Terrill should be listed as lead counsel for the United States and all ECF transmissions should be directed to AUSA Jessica S. Terrill and AUSA James Edward Baxter Kruger should be removed from all ECF transmissions.

Respectfully submitted,

Darren J. LaMarca
United States Attorney

By:     /s/Jessica S. Terrill
        Jessica S. Terrill
        Assistant U.S. Attorney
        501 East Court Street, Suite 4.430
        Jackson, MS 39201
        Telephone No.: (601) 965-4480
        Facsimile No.: (601) 965-4409
        Mississippi Bar No. 105510

## **CERTIFICATE OF SERVICE**

I, Jessica S. Terrill, hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the parties of record.

On this, the 22nd day of November, 2021.

/s/Jessica S. Terrill
Jessica S. Terrill
Assistant U.S. Attorney