IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

## MOTION TO CONTINUE TRIAL

COMES NOW the defendant, Jessie Bullock, and respectfully moves this court to continue the trial scheduled for March 7, 2022, for the following reasons and in so doing waives his right to a Speedy Trial under 18 U.S.C. § 3161:

1.

The defendant, Jessie Bullock, is charged with violating 18 U.S.C. § 922(g)(1), Felon in a Possession of a Firearm.

2.

The Office of the Federal Public Defender was court appointed to represent the defendant, Jessie Bullock, on this indictment at his arraignment on March 27, 2020.  He was released on bond after a detention hearing held on April 2, 2020.  The defendant has abided by all conditions of release without incident since that time.

3.

The defendant, Jessie Bullock, requests that the trial date scheduled for March 7, 2022, be continued on the grounds that additional time is needed to reach an appropriate resolution in this matter.

4.

The Assistant United States Attorney, Jessica Terrill, Esq., has been contacted and has no objection to this motion.

WHEREFORE PREMISES CONSIDERED, the defendant respectfully requests that his MOTION FOR CONTINUANCE be granted and this matter reset, and any other relief the Court deems just and proper.

Respectfully submitted this the 15th day of February, 2022.

                               JESSIE BULLOCK, DEFENDANT

By:    */s/Michael L. Scott*
         Michael L. Scott, MB# 101320
         Assistant Federal Public Defender
         Northern and Southern Districts of Mississippi
         200 South Lamar Street, Suite 200-N
         Jackson, MS 39201
         Telephone: (601) 948-4284
         Facsimile: (601) 948-5510
         Email: mike_scott@fd.org

         *Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 15th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

 /s/Michael L. Scott
Michael L. Scott
*Assistant Federal Public Defender*