UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:18-CR-165-CWR-LRA

JESSIE BULLOCK

## NOTICE OF APPEARANCE

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Please take notice that the undersigned hereby enters his appearance as counsel for the

United States of America:

Charles W. Kirkham, Assistant United States Attorney
501 East Court Street, Suite 4.430 Jackson, MS 39201
Telephone:   (601) 965-4480   Fax:   (601) 965-4035
Mississippi Bar No. 102022
Email:   chet.kirkham@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action

should be served on the above-named counsel.

DATED Friday, June 03, 2022.

Respectfully submitted,

DARREN J. LAMARCA
United States Attorney

By:      *s/Charles W. Kirkham*
         CHARLES W. KIRKHAM
         501 East Court Street, Suite 4.430
         Jackson, MS 39201
         Telephone:   (601) 965-4480
         Fax:   (601) 965-4035
         Mississippi Bar No. 102022
         Email:   chet.kirkham@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the

Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED Friday, June 03, 2022.

<div style="margin-left:45%">

*s/Charles W. Kirkham*

CHARLES W. KIRKHAM
Assistant United States Attorney

</div>