UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.                                                              CRIMINAL NO. 3:18-CR-165-CWR-FKB

**JESSIE BULLOCK**

### GOVERNMENT'S NOTICE OF DESIGNATION OF EXPERT WITNESS

The United States of America hereby designates Bureau of Alcohol, Tobacco, Firearms, and Explosives Special Agent Braden Theobald to provide expert testimony in the above styled case.

> Braden Theobald
> Special Agent
> Bureau of Alcohol, Tobacco, Firearms and Explosives
> Oxford, Mississippi

As more fully set forth in the Report of Investigation, the government expects that Special Agent Theobald will provide expert testimony in the area of firearms, ammunition, and the interstate-commerce nexus of firearms and ammunition. Specifically, the government expects that Special Agent Theobald will provide testimony concerning his examination and knowledge of the subject firearm, including, but not limited to, the gun type; serial number; model; caliber or gauge; manufacturer, assembler, and/or importer; and his opinion as to whether the gun traveled in or affected interstate commerce, and whether the gun is a firearm according to federal law.

The government expects that Special Agent Theobald's opinions will be based upon his examination of the subject firearms and his knowledge, skill, experience, training, and education.

Copies of Special Agent Theobald's Report of Investigation and Statement of Qualifications have been provided to the defendant.

1

DATED Thursday, June 09, 2022.

                                          Respectfully submitted,

                                          DARREN J. LAMARCA
                                          United States Attorney

                  By:    *s/Charles W. Kirkham*
                              CHARLES W. KIRKHAM
                              501 East Court Street, Suite 4.430
                              Jackson, MS 39201
                              Telephone:   (601) 965-4480
                              Fax:   (601) 965-4035
                              Mississippi Bar No. 102022
                              Email:   chet.kirkham@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this day, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification to all ECF participant(s) of this record.

DATED Thursday, June 09, 2022.

                                          *s/Charles W. Kirkham*
                                          CHARLES W. KIRKHAM
                                          Assistant United States Attorney