IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 3:18CR165-CWR-FKB

JESSIE BULLOCK

### AGREED ORDER OF CONTINUANCE

This cause having come before the Court on the *ore tenus* motion of the defendant to continue this matter, and the Court having considered said motion, finds that said motion is well taken and is hereby granted, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. § 3161.

Also having duly considered the factors articulated in Title 18, Section 3161(h)(7)(B)(ii) to determine the appropriateness of a continuance, the Court finds that the defendant requested an *ore tenus* continuance at the pretrial conference for additional time to prepare for trial and that this matter has been set for a firm trial setting beginning November 28, 2022, pursuant to Title 18, Section 3161(h)(7)(A) of the United States Code, the ends of justice outweigh the best interests of the public and the defendant in a speedy trial in this cause and are best served by granting the requested continuance.

The Court finds that the defendant has specifically waived any speedy trial objections heretofore arising or which may arise as a result of this requested continuance under the Speedy Trial Act or the Constitution in the case at bar finds that this motion should be granted. The

Defendant has specifically waived the days from the date of the pretrial conference to the firm trial setting as a party of the Speedy Trial calculation in this matter.

IT IS THEREFORE ORDERED that this matter be continued until November 28, 2022, and that the period of delay shall be excluded in computing the time within which the trial of this matter commence in accordance with the Speedy Trial Act, 18 U.S.C. §3161.

SO ORDERED this the ___1st___ day of ~~August, 2022~~ September, 2022.

_____
UNITED STATES DISTRICT JUDGE


Agreed:

_____
Jessie Bullock, Defendant


/s/Michael L. Scott
Michael L. Scott, Attorney for Defendant


_____
Jessica Terrill, Counsel for Government