UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                              Criminal No. 3:18-CR-165-CWR-FKB

JESSIE BULLOCK

---

**MOTION FOR STATUS CONFERENCE**

---

COMES NOW the United States of America, by and through the Office of the United States Attorney, and respectfully requests that this Honorable Court hold a status conference in this matter. In particular, the Government respectfully requests the Court address the following:

1. A pretrial conference was held on August 26, 2022, in which the Court reset trial in this matter for November 28, 2022.

2. On August 29, 2022, Defendant filed a Motion to Dismiss [Dkt. #61]. In turn, the Government responded on September 8, 2022 [Dkt. #63].

3. On October 27, 2022, the Court Ordered that within 30 days, the parties respond and indicate their position on the appointment of a consulting expert [Dkt. #65].

4. On November 21, 2022, Defense counsel indicated he intends to move for a two-week extension to respond to the Court's Order. The Government anticipates requesting a comparable extension.

5. As stated, this matter is currently set for trial in one week. Due to the outstanding motion, upcoming deadlines, and the need for a trial date certain, the Government respectfully requests a status conference in this matter.

RESPECTFULLY submitted, this the 21st day of November, 2022.

                              DARREN J. LaMARCA
                              *United States Attorney*

By:   */s/ Jessica S. Terrill*
      Jessica S. Terrill
      *Assistant U.S. Attorney*
      MB No. 105510
      jessica.terrill@usdoj.gov
      501 East Court Street, Suite 4.430
      Jackson, MS 39201
      (601) 973-2850

## CERTIFICATE OF SERVICE

I, Jessica S. Terrill, Assistant United States Attorney, hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court, which provides notice to all counsel of record.

So certified, this the 21st day of November 2022.

                                                            /s/ *Jessica S. Terrill*
                                                            Jessica S. Terrill
                                                            Assistant U.S. Attorney