IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  Criminal No. 3:18-CR-165-CWR-FKB

JESSIE BULLOCK

### JOINDER IN MOTION FOR TIME TO RESPOND TO THE COURT'S INQUIRY ABOUT APPOINTMENT OF A CONSULTING HISTORIAN

COMES NOW the United States of America, by and through the Office of the United States Attorney, and files this Joinder in *Motion for Time to Respond to Court's Inquiry About Appointment of a Consulting Historian* [Dkt. #67] previously filed by Defendant Jessie Bullock. The Government joins the motion and respectfully requests a 14-day extension, until Monday, December 12, 2022, to respond to the Court's inquiry.

RESPECTFULLY submitted, this the 23rd day of November, 2022.

        DARREN J. LaMARCA
        *United States Attorney*

By:   */s/ Jessica S. Terrill*
      Jessica S. Terrill
      *Assistant U.S. Attorney*
      MB No. 105510
      jessica.terrill@usdoj.gov
      501 East Court Street, Suite 4.430
      Jackson, MS 39201
      (601) 973-2850

## CERTIFICATE OF SERVICE

I, Jessica S. Terrill, Assistant United States Attorney, hereby certify that on this day, I caused to be electronically filed the foregoing document with the Clerk of the Court, which provides notice to all counsel of record.

So certified, this the 23rd day of November 2022.

/s/ *Jessica S. Terrill*
Jessica S. Terrill
Assistant U.S. Attorney