IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                                          CRIMINAL NO.: 3:18-cr-00165-CWR-FKB

JESSIE BULLOCK
a/k/a Booman Bullock

## NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that the undersigned hereby enters his appearance as counsel for the United States of America:

Gaines H. Cleveland
Assistant U.S. Attorney
1575 20th Avenue
Gulfport, MS  39501
Ph: (228) 563-1560
Fax: (228) 563-1571
Mississippi Bar No. 6300
E-mail:  gaines.cleveland@usdoj.gov

Service of all pleadings, papers, and documents required to be served in this action on the Defendant should also be served on the above-named appearing counsel for the Government.

THIS, the 12th day of December 2022.

                                        Respectfully submitted,

                                        DARREN J. LAMARCA.
                                        United States Attorney

                              By:      *s/Gaines H. Cleveland*
                                        GAINES H. CLEVELAND
                                        Assistant U.S. Attorney
                                        1575 20th Avenue
                                        Gulfport, MS  39501
                                        Ph: (228) 563-1560
                                        Fax: (228) 563-1571
                                        Mississippi Bar No. 6300

## CERTIFICATE OF SERVICE

I hereby certify that on 12th day of December 2022, I electronically filed the foregoing with the Clerk of the Court using the ECF system notification of the "Notice of Appearance" will be electronically forwarded to all counsel of record.

*s/ Gaines H. Cleveland*
GAINES H. CLEVELAND
Assistant U.S. Attorney
