

_____

No. 3:18-CR-165-CWR-FKB

UNITED STATES OF AMERICA,

*Plaintiff,*

v.

JESSIE BULLOCK
A/K/A BOOMAN BULLOCK,

*Defendant.*

_____

ORDER

_____

Before CARLTON W. REEVES, *District Judge*.

Within the last week, the government has filed two supplemental briefs in this matter. *See* Docket Nos. 74-75. It contends that 18 U.S.C. § 922(g)(1) "has been upheld at least 120 times" in the months since *Bruen* was handed-down. Docket No. 74 at 1-2 & n.1 (collecting cases).

The Court thanks the government for its helpful research. Perhaps the more pressing question, though, is this: in how many

of these cases did the court appoint a historian to serve as a consulting expert? And relatedly, did professional historians submit amicus briefs in any of these cases?

The government's response to these questions is due within 14 days. The defendant may respond seven days after that.

**SO ORDERED**, this the 19th day of April, 2023.

s/ CARLTON W. REEVES<br>*United States District Judge*