IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA,

v.                                                                          CRIMINAL NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

### MR. BULLOCK'S RESPONSE TO COURT'S ORDER INQUIRING ABOUT THE USE OF HISTORIANS IN OTHER *BRUEN*[1] CASES

The defense submits the following response to the Court's order inquiring about the use of historians in other *Bruen* cases:

On February 8, 2023, the Fifth Circuit heard argument in the case of *United States v. Quiroz*, Appeal No. 22-50834. That appeal arises from a district court decision that 18 U.S.C. § 922(n) is unconstitutional. *See United States v. Quiroz*, Case No. PE:22-cr-104-DC, 2022 WL 4352482 (W.D. Tex. Sept. 19, 2022). The panel hearing the case raised the same questions this Court has raised in the instant case. The *Quiroz* panel questioned the Government about the necessity of developing the historical record and the risk of receiving "cherry-picked" historical analogues. *See Quiroz* Oral Argument, https://www.ca5.uscourts.gov/OralArgRecordings/22/22-50834_2-8-2023.mp3 (last visited on April 28, 2023) (beginning around 6:07 and continuing through approximately 12:20).

Following oral argument, the Fifth Circuit requested supplemental briefing from the United States Solicitor General that would augment the record on historical analogues for § 922(n) and address whether the application of historical analogues constitutes a question of law, a question of

---

[1] *N.Y. State Rifle & Pistol Ass'n v. Bruen*, 142 S. Ct. 2111 (2022).

1

Case 3:18-cr-00165-CWR-FKB   Document 78   Filed 05/01/23   Page 2 of 3

fact, or a mixed question of law and fact. *See United States v. Quiroz*, Appeal No. 22-50834 at ECF No. 69. That supplemental briefing is still in progress, with the defendant's response due May 1, 2023. *See Quiroz*, Appeal No. 22-50834 at ECF No. 86.

Although *Quiroz* is not a § 922(g)(1) case, the defense brings the case to the Court's attention because it is clear from the oral argument recording that the Fifth Circuit is wrestling with the same concerns.

Respectfully submitted this the 1st day of May, 2023.

        JESSIE BULLOCK, DEFENDANT

By:    */s/Michael L. Scott*
       Michael L. Scott, MB# 101320
       Senior Litigator
       Northern and Southern Districts of Mississippi
       200 South Lamar Street, Suite 200-N
       Jackson, MS 39201
       Telephone:  (601) 948-4284
       Facsimile:  (601) 948-5510
       Email: mike_scott@fd.org

       *Attorney for Defendant*

2

**CERTIFICATE OF SERVICE**

I, Michael L. Scott, do hereby certify that on the 1st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to all parties of record.

     /s/*Michael L. Scott*
Michael L. Scott
*Senior Litigator*