# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:18cr165-CWR-FKB

JESSIE BULLOCK

## NOTICE OF APPEAL

The United States of America appeals to the United States Court of Appeals for the Fifth Circuit from the district court's order of June 28, 2023, which granted defendant's motion to dismiss [Dkt. No. 79].

Respectfully submitted,

DARREN J. LAMARCA
*United States Attorney for the*
*Southern District of Mississippi*

/s/ *Jessica S. Terrill*

JESSICA S. TERRILL
Mississippi Bar Number 105510
*Assistant United States Attorney*
501 E. Court Street, Suite 4.430
Jackson, Mississippi  39201
(601) 965-4480
Attorney for United States of America

Dated:  July 28, 2023