# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

October 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-60408    USA v. Bullock  
                       USDC No. 3:18-CR-165-1

The court has considered the motion of Jessie Bullock to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Jessie Bullock may obtain all ex parte documents *filed on behalf of* Jessie Bullock, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Whitney M. Jett, Deputy Clerk  
504-310-7772

Ms. Jennifer L. Case  
Mr. Gaines H. Cleveland  
Ms. Kimberly Golden Gore  
Mr. Arthur S. Johnston III  
Ms. Mahogane Denea Reed  
Mr. Michael L. Scott  
Ms. Jessica Terrill  
Mr. Thomas Creagher Turner Jr.