IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**UNITED STATES OF AMERICA**

v.  **CRIMINAL NO. 3:18-CR-00165 CWR-ASH**

**JESSIE BULLOCK**
**a/k/a Booman Bullock**

### UNITED STATES' RE-NOTICE OF INTENT TO OFFER EXPERT WITNESS TESTIMONY

The United States of America provides re-notice[1] to Defendant pursuant to Fed. R. Crim. P. 16(a)(1)(G) and Fed. R. Evid. 702, 703, and 705, that it intends to offer the following expert witness testimony in its case-in-chief at trial. The United States respectfully reserves the right to offer additional testimony by this expert, or other expert witness(es), and for the expert to amend or adjust his opinions and bases for them due to information made known to him before or during trial.

### Braden Theobald, U.S. Bureau of Alcohol, Tobacco, Firearms, and Explosives

The United States intends to call Braden Theobald, Special Agent, United States Bureau of Alcohol, Tobacco, Firearms, and Explosives, as an expert witness at trial regarding whether the weapons recovered in this case qualify as firearms and whether they traveled in interstate or foreign commerce. With respect to Special Agent Theobald, the United States discloses the following information in compliance with Rule 16(a)(1)(G):

1.   Special Agent Theobald's opinions and the bases for them were previously produced to Defendant in Theobald's written report, dated July 6, 2018, which is incorporated in its entirety by reference (GOV-000006).

2.   Special Agent Theobald's qualifications are contained in his Curriculum Vitae that

---

[1] Notice at Doc. 59, filed June 9, 2022.

1

is being produced to defendant.

3. As indicated on Special Agent Theobald's Curriculum Vitae, he has not authored any publications during the previous 10 years, and he has testified on six occasions in the previous four years.

4. In compliance with Rule 16(a)(1)(G)(v), Special Agent Theobald signed the report that was previously produced and sets for his opinions and the bases for them (GOV-000006).

    Respectfully submitted,

    PATRICK A. LEMON
    Acting United States Attorney

By: /s/ Matthew W. Allen
    Matthew W. Allen, MSB No. 101605
    Assistant United States Attorney
    501 E. Court Street – Suite 4.430
    Jackson, MS  39201
    601-973-2824
    Matthew.allen2@usdoj.gov