IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                    CRIMINAL NO. 3:18-cr-165-CWR-ASH

JESSIE BULLOCK
a/k/a Booman Bullock

## UNITED STATES OF AMERICA'S MOTION
## FOR PRELIMINARY ORDER OF FORFEITURE

The United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney for the Southern District of Mississippi, moves for a preliminary order of forfeiture, stating:

1.     On October 22, 2019, a felony Superseding Indictment [5] was filed against **JESSIE BULLOCK a/k/a Booman Bullock** (the "Defendant"), charging him with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

2.     The Superseding Indictment included a notice of forfeiture stating that the Defendant shall forfeit to the United States all property involved in or traceable to property involved in the offense, including but not limited to all property used to facilitate the offense charged in the Superseding Indictment which would be subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c). The Superseding Indictment provided notice that the United States was seeking forfeiture of the following property (the **"Subject Property"**):[1]

| ASSET ID | Property Description |
|---|---|
| 18-ATF-032003 | One (1) Winchester Rifle, Model 190, CAL: .22, Serial No. B1452093 |
| 18-ATF-032004 | Seven (7) Rounds of Ammunition, CAL: .22 |
| 18-ATF-032005 | One (1) Ruger Revolver, Model Single Six, CAL: .22, Serial No. 60-29544 |

---

[1] The Asset ID Nos. referenced herein were assigned subsequent to the filing of the Superseding Indictment.

| 18-ATF-032006 | Four (4) Rounds of Ammunition, CAL: .22 |

3.      On February 3, 2026, the Defendant voluntarily entered into a Plea Agreement and Plea Supplement indicating his desire to plead guilty to Count 1 of the Superseding Indictment.

4.      The United States is entitled to forfeit the **Subject Property**, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)and Rule 32.2 of the Federal Rules of Criminal Procedure.

5.      Upon the issuance of a Preliminary Order of Forfeiture, the United States will provide written notice to any known third-party asserting a legal interest in the **Subject Property** and will publish notice of the Court's order and the intent of the United States to dispose of the **Subject Property** in such manner as the United States Attorney General may direct, pursuant to 21 U.S.C. § 853(n)(1).

In sum, the United States of America respectfully requests that this Court enter a judgment of criminal forfeiture by issuing the proposed preliminary order of forfeiture, forfeit to the United States the interest of the Defendant in the **Subject Property**, and order the United States to seize forthwith the **Subject Property,** and dispose of it in accordance with the law.

**RESPECTFULLY SUBMITTED** this the 10th day of February 2026.

> J.E. BAXTER KRUGER
> United States Attorney
>
> By:    MATTHEW W. ALLEN (MSB 101605)
> Assistant United States Attorney
> 501 E. Court Street, Ste. 4.430
> Jackson, Mississippi 39201
> Telephone: 601.965.4480
> Fax: 601.965.4409
> Matthew.Allen2@usdoj.gov

2